IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
FEB 1 3 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                       Criminal No. 2:12CR20022-001

JUDSON LEE MORROW,
        Defendant.

## FINAL ORDER OF FORFEITURE

On November 16, 2012, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 23). In the Preliminary Order of Forfeiture, the following assets were forfeited to the United States subject to any potential third party interests:

    (a)    Acer Laptop Computer, Serial Number LXE770X013827089FF2000; and

    (b)    Hitachi 160GB Internal Hard Drive, Serial Number ACJW0NYF.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6). On February 11, 2013 an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed.R.Crim.P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on November 16, 2012, shall become final at this time. The personal property described herein is hereby forfeited to the United States to be disposed of according to law.

IT IS SO ORDERED this 13th day of February, 2013.

_P. K. Holmes_
HONORABLE P.K. HOLMES, III
CHIEF UNITED STATES DISTRICT JUDGE